**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 95-7773**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FARZAND ALI CHAUDHRY, a/k/a Chaudhry Farzand
Ali,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CR-94-14-A, CA-94-1574-AM)

―――――――――――

Submitted: March 21, 1996          Decided: April 10, 1996

―――――――――――

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Farzand Ali Chaudhry, Appellant Pro Se. Thomas More Hollenhorst,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his mercy plea to reduce his sentence and fines. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Chaudhry, Nos. CR-94-14-A; CA-94-1574-AM (E.D. Va. Aug. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED